IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES W. BOWLIN, JR.,

Plaintiff,

v.

JON TORBECK, TYLOR BUTTS,
BRYAN GLIDDEN, CHRIS SMITH,
FAYETTE COUNTY JAIL,

Defendants.

Case No. 17-cv-972 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: July 2, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

                                 **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**